

# Fourth Court of Appeals
## San Antonio, Texas

October 6, 2015

No. 04-15-00233-CV

Jeremiah A. **MARTIN**,
Appellant

v.

**FEDERAL NATIONAL MORTGAGE ASSOCIATION**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2015CV01933
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

Appellant's brief was due October 1, 2015. Neither the brief nor a motion for extension of time has been filed.

We therefore **ORDER** appellant to file in this court, **on or before October 16, 2015**, his appellant's brief and a written response reasonably explaining his failure to timely file the brief. If appellant fails to file a brief and the written response by the date ordered, we will dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a). Appellant is reminded that any brief filed in this court must comply with the briefing requirements set out in Rule 38.1 of the Texas Rules of Appellate Procedure. *See id.* R. 38.1.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of October, 2015.

_____
Keith E. Hottle
Clerk of Court